FILED
JUN 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Jose Benito BUSTAMANTE - Solorzano,<br>Defendant. | ) | Mag. Case No. '08 MJ 8573<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found In the United States |

The undersigned complainant being duly sworn states:

On or about June 20, 2008, within the Southern District of California, defendant Jose Benito BUSTAMANTE-Solorzano, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and (557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

CHRISTOPHER A. SALGADO
Deportation Officer
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 27th DAY OF JUNE 2008.

WILLIAM McCURINE, JR.
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jose Benito BUSTAMANTE-Solorzano

STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Immigration Enforcement Agent M. Gallaga.

On June 20, 2008, the defendant, identified as Jose Benito BUSTAMANTE-Solorzano (BUSTAMANTE), was arrested in Brawley, California, by Officer Schleyer, of the Brawley Police Department, for a bench warrant, Under the Influence of Controlled Substance and Possession of Controlled Substance, out of the Imperial County Jail Court. Immigration Enforcement Agent Gallaga subsequently encountered the defendant in custody at the Imperial County Jail and placed an immigration detainer on Form I-247.

On June 26, 2008, at approximately 8:00 a.m., the defendant was referred to the custody of United States Immigration and Customs Enforcement in Imperial, California. Immigration Enforcement Agent K. Kravchuk arrested BUSTAMANTE and transported him to the Imperial Office.

Record checks of BUSTAMANTE revealed he was previously ordered deported to Mexico by an Immigration Judge on November 28, 1995. On November 28, 1995, BUSTAMANTE was removed to Mexico via the Calexico, California, Port of Entry. Further record checks revealed that BUSTAMANTE has a criminal record.

At approximately 10:30 a.m. on June 26, 2008, Deportation Officer C. Salgado advised BUSTAMANTE as to his rights as per Miranda witnessed by Deportation Officer S. Prendergast. BUSTAMANTE stated he understood his rights as was willing to make a statement without the presence of an attorney.

BUSTAMANTE stated he is a citizen of Mexico and was previously deported from the United States. BUSTAMANTE also

stated he last entered the United States illegally on June 20, 2008. BUSTAMANTE added he has never received permission to re-enter the United States after having been deported.

There is no evidence that BUSTAMANTE ever sought or received permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, for permission to re-enter the United States.

Based upon the foregoing information, there is probable cause to believe that Jose Benito BUSTAMANTE-Solorzano has illegally re-entered the United States after Deportation, in violation of Title 8, United States Code, 1326, Deported Alien Found in the United States.

6/27/08

1012 hrs